**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-6054**

---

JOHN EDWARD PATTERSON, JR.,

                                  Petitioner - Appellant,

    versus

RON ANGELONE,

                                  Respondent - Appellee.

---

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Samuel G. Wilson, Chief District Judge. (CA-00-595-7)

---

Submitted: April 18, 2002         Decided: April 26, 2002

---

Before MOTZ, TRAXLER, and GREGORY, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

John Edward Patterson, Jr., Appellant Pro Se. Richard Carson Vorhis, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

John Edward Patterson, Jr., appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Patterson v. Angelone, No. CA-00-595-7 (W.D. Va. Dec. 12, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2